UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:04-cr-480-T-23MAP

MATTHEW JOHNSON
_____/

**ORDER**

The United States seeks leave, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, to dismiss, without prejudice, the indictment against Matthew Johnson. Rule 48(a) provides that, if leave is granted, the prosecution "shall thereupon terminate." Under the circumstances of this case, leave should be freely granted.

The United States' motion (Doc. 7) is **GRANTED** and the indictment is **DISMISSED** without prejudice.

ORDERED in Tampa, Florida, on June 12, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record
      United States Marshal